Certificate Number: 05781-ILN-DE-028255584

Bankruptcy Case Number: 16-81926



05781-ILN-DE-028255584

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2016, at 4:12 o'clock PM PDT, Christopher Burchell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  October 24, 2016            By:   /s/Allison M Geving

                                   Name: Allison M Geving

                                   Title: President